UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BRYAN CHEESEMAN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:22-cv-1743 (TJK) |
| UNITED STATES DEPARTMENT OF DEFENSE, et al., | ) ) ) ) | |
| Defendant. | ) ) | |

## **DEFENDANT'S ANSWER**

Defendant Department Defense, Department of the Army and the Defense Intelligence Agency, by and through undersigned counsel, respectfully submits this Answer to the Complaint for Declaratory and Injunctive Relief ("Complaint") (ECF No. 1) filed by Bryan Cheeseman ("Plaintiff") on June 22, 2021. Any allegations not specifically admitted, denied, or otherwise responded to below are hereby denied. Defendant reserves the right to amend, alter, and supplement this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

## **NATURE OF THE CASE[1]**

1.      This paragraph sets forth Plaintiffs' characterization of this action, to which no response is required. To the extent a response is required, Defendants admit that Plaintiff purports to bring this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendants deny the remaining allegations in this paragraph.

---

[1]     For ease of reference, this Answer replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings could be construed to contain factual allegations, those allegations are denied.

## THE PARTIES

2.     Defendant admits that Mr. Cheeseman is a U.S. resident but lacks sufficient knowledge regarding his residency.

3.     Defendant admits that the DIA is a component of the DOD and headquartered in Washington D.C.  Further, Defendant admits that the Department of Defense and the Defense Intelligence Agency are federal agencies for the purposes of FOIA.  Defendant denies that the DIA is in possession of records about Mr. Cheeseman within the meaning of 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4.     Admitted.

5.     Admitted.

## FACTS

6.     Defendant respectfully refers the Court to the FOIA request for its full and accurate content and denies any allegations inconsistent therewith.

7.     Defendant respectfully refers the Court to the original response for its full and accurate content and denies any allegations inconsistent therewith.

8.     Defendant respectfully refers the Court to Plaintiff's correspondence for its full and accurate content and denies any allegations inconsistent therewith.

9.     Defendant respectfully refers the Court to DIA's response for its full and accurate content and denies any allegations inconsistent therewith.

10.    Defendant respectfully refers the Court to DIA's response for its full and accurate content and denies any allegations inconsistent therewith.  The second sentence constitutes conclusions of fact and argument to which no response is required

- 3 -

11. Defendant respectfully refers the Court to DIA's response for its full and accurate content and denies any allegations inconsistent therewith. Defendant respectfully refers the Court to Plaintiff's response for its full and accurate content and denies any allegations inconsistent therewith.

12. Defendant admits that Ms. Robin Hill reached out to Ms. Liddy regarding Mr. Cheeseman's FOIA request. Defendant denies the specific portions regarding the substance of the conversation.

13. Defendant respectfully refers the Court to DIA's May 3, 2022 letter for its full and accurate content and denies any allegations inconsistent therewith Defendant denies the allegations in the last sentence of this Paragraph.

14. Defendant respectfully refers the Court to DIA's response for its full and accurate content and denies any allegations inconsistent therewith.  The second, third, and fourth sentences of the paragraph constitute conclusions of law and argument to which no response is required. As for the last sentence, Defendant respectfully refers the Court to the Department of Justice's standard procedures for referral and denies any allegations inconsistent therewith.

15. The first three sentences of this Paragraph characterize the May 5, 2022 letter, and Defendant respectfully refers the Court to that letter for its full and accurate content and denies any allegations inconsistent therewith. . The remaining two sentences of the paragraph constitute conclusions of law and argument to which no response is required.

16. his paragraph constitutes conclusions of law and argument to which no response is required.

17. This paragraph constitutes conclusions of law and argument to which no response is required.

18. Defendant respectfully refers the Court to the June 14, 2022 letter for its full and accurate content and denies any allegations inconsistent therewith.

19. This paragraph constitutes Plaintiff's requests for relief, to which no response is required. If one is necessary, Defendants deny that Plaintiff is entitled to any relief whatsoever.

## COUNT 1

20. Defendant incorporates their responses set forth above.

21. This paragraph characterize Plaintiff's FOIA request, to which a response is not required.

22. This paragraph constitutes conclusions of law and argument to which no response is required.

23. The first sentence of this paragraph constitutes conclusions of law and argument to which no response is required. Defendants deny the second sentence of this paragraph.

24. This paragraph constitutes conclusions of law and argument to which no response is required.

25. This paragraph constitutes conclusions of law and argument to which no response is required. The WHEREFORE paragraph contains Plaintiff's requested relief to which no response is required. To the extent a response may be deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## COUNT II

26. Defendant incorporates their responses set forth above.

27. Defendants deny the allegations in this paragraph.

28. This paragraph constitutes conclusions of law and argument to which no response is required.

29. Defendants lack information and knowledge to form a belief and therefore deny the allegations. The WHEREFORE paragraph contains Plaintiff's requested relief to which no response is required. To the extent a response may be deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## PRAYER FOR RELIEF

This paragraph followed by subparagraphs 1 through 6 contain Plaintiff's requested relief to which no response is required. To the extent a response may be deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

In further response to the Complaint, Defendants raises the following defenses. The Army may have additional defenses which are presently unknown but may be ascertained at a later time. Defendant reserves the right to assert each and every affirmative or other defense that may be available, including any defenses available pursuant to Federal Rules of Civil Procedure 8 and 12.

### First Defense

The Court lacks subject matter jurisdiction over Plaintiff's requests for relief that exceed the relief authorized under FOIA, 5 U.S.C. § 552.

### Second Defense

Plaintiff is not entitled to compel the release of records exempt from disclosure under FOIA. *See* 5 U.S.C. § 552(b).

### Third Defense

Plaintiffs are not entitled to any relief under the FOIA, 5 U.S.C. § 552.

September 26, 2022

Washington, DC

        Respectfully submitted,

        MATTHEW M. GRAVES, D.C. Bar. #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division


By:      /s/ *John B. Haberland*
        JOHN B. HABERLAND, CT Bar # 426298
        Special Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2574
        john.haberland@usdoj.gov

*Attorneys for the United States of America*